IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MEREDITH D. DAWSON,<br><br>                     Plaintiff,<br><br>      v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., GREAT LAKES HIGHER EDUCATION CORPORATION, JILL LEITL, DAVID LENTZ, MICHAEL WALKER, THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF EDUCATION, and ARNE DUNCAN, in his official capacity as United States Secretary of Education,<br><br>                     Defendants. | Case No. 15-cv-475-bbc |

## FEDERAL DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(1) and (6), Defendants the United States of America, the United States Department of Education and Arne Duncan, in his official capacity as United States Secretary of Education (collectively, the "Federal Defendants"), respectfully move the Court for an order dismissing the Complaint as to them. The reasons in support of this Motion are set forth in the accompanying Memorandum.

| | |
|---|---|
| Dated: October 9, 2015 | Respectfully submitted,<br><br>Benjamin C. Mizer<br>Principal Deputy Assistant Attorney General<br><br>Ruth A. Harvey<br>Director<br><br>Lloyd H. Randolph<br>Assistant Director<br><br>s/ Terrance A. Mebane<br>Terrance A. Mebane<br>Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Commercial Litigation Branch<br>1100 L Street NW, Room 10004<br>Washington, DC 20005<br>Telephone: (202) 307-0493<br>Facsimile: (202) 307-0494<br>Terrance.A.Mebane@usdoj.gov<br><br>*Counsel for Defendants the United States of America, the United States Department of Education, and Arne Duncan, in his official capacity as United States Secretary of Education* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2015, a true and correct copy of the foregoing, *Federal Defendants' Motion to Dismiss*, was filed electronically with the Court's Electronic Case Filing (ECF) system.  I understand that notice of this filing will be sent to all parties by operation of the Court's ECF system.

                                                s/ Terrance A. Mebane
                                                Terrance A. Mebane