FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (*pro hac vice* pending)
jrk@classactionlaw.com
William R. Restis, Esq. (*pro hac vice* pending)
wrr@classactionlaw.com
David J. Harris, Jr., Esq. (CA Bar #286204)
djh@classactionlaw.com
Trenton R. Kashima, Esq. (*pro hac vice* pending)
trk@classactionlaw.com
550 West C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile:  (619) 238-5425

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

_____

| | |
|---|---|
| MEREDITH D. DAWSON<br><br>                               Plaintiff,<br><br>     v.<br><br>GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., GREAT LAKES HIGHER EDUCATION CORPORATION, JILL LEITL, DAVID LENTZ, MICHAEL WALKER, THE UNITED STATES OF AMERICA, THE UNITED STATES DEPARTMENT OF EDUCATION, and ARNE DUNCAN in his official capacity as United States Secretary of Education<br><br>                               Defendants. | Case No. 15-cv-00475-bbc<br><br>**PLAINTIFF'S MOTION TO DISMISS GREAT LAKES DEFENDANTS' COUNTERCLAIM PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6)** |

1

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Plaintiff Meredith D. Dawson respectfully moves the Court for an order dismissing Great Lakes Defendants'[1] Counterclaim for Declaratory Judgment (Dkt. 24). The reasons for this Motion are set forth in Plaintiff's accompanying Memorandum of Law in Support of Motion to Dismiss Great Lakes Defendants' Counterclaim.

Respectfully submitted,

FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (*pro hac vice* pending)
jrk@classactionlaw.com
William R. Restis, Esq. (*pro hac vice* pending)
wrr@classactionlaw.com
David J. Harris, Jr., Esq. (CA Bar #286204)
djh@classactionlaw.com
Trenton R. Kashima, Esq. (*pro hac vice* pending)
trk@classactionlaw.com

Dated: October 30, 2015      By:   s/ David J. Harris, Jr.
                                   David J. Harris, Jr., Esq.

                                   550 West C Street, Suite 1760
                                   San Diego, California 92101-3579
                                   Telephone: (619) 238-1333
                                   Facsimile:  (619) 238-5425

                                   Counsel for Plaintiff

---

[1] The "Great Lakes Defendants" are Great Lakes Educational Loan Services, Inc., Great Lakes Higher Education Corporation, Jill Leitl, David Lentz and Michael Walker.

2