IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MEREDITH D. DAWSON,

                Plaintiff,

  v.

                                              ORDER

GREAT LAKES EDUCATIONAL LOAN SERVICES,
INC., GREAT LAKES HIGHER EDUCATION            15-cv-475-jdp
CORPORATION, JILL LEITL, DAVID LENTZ, and
MICHAEL WALKER,

                Defendants.

---

Plaintiff Meredith Dawson has filed a revised version of her proposed class notice, as permitted by the court. Dkt. 180. The court will approve the notice, with two related exceptions.

First, the previous version of the notice includes the following two sentences: "The Court has not decided whether Great Lakes did anything wrong. There is no money available now, and no guarantee that there will be." Dkt. 174-1, at 2. Dawson wants to replace the second sentence with the following:

> However, Great Lakes has declared to the Court that Great Lakes is providing money and loan balance reductions (or "account credits") to borrowers whose loan balances may have been wrongly increased. As of today, the Court has not confirmed the truth or accuracy of Great Lakes' statements, or whether any compensation being provided has been properly calculated.

Dkt. 180-1, at 1. But Dawson doesn't explain the purpose of the new language and it is not clear how it will assist potential class members in deciding whether to join the class. If anything, the language is confusing because it suggests that individual must join the class if he or she

wishes to obtain the benefits that Great Lakes is allegedly offering. So Dawson should keep the original language.

Second, Dawson includes similar language under the heading "Is there any money available now?" *Id.* at 6–7. Again, Dawson should use the original language.

The court has reviewed the rest of the proposed notice and has no other objections.

### ORDER

IT IS ORDERED that plaintiff Meredith Dawson's proposed class notice, Dkt. 180, is APPROVED with the exceptions noted above. Dawson may have until November 1, 2018, to disseminate the notice to the class or show cause why she is unable to do so.

Entered October 18, 2018.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge