*Dawson v. Great Lakes* Notice Administrator
P.O. Box 404108
Louisville, KY 40233-4108

**GTD**

*Dawson v. Great Lakes Educational*
*Loan Services, Inc., et al.*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Case No. 3:15-cv-00475-jdp

## Exclusion Request Form

**CLAIMANT INFORMATION**

| First Name | | M.I. | Last Name |
|---|---|---|---|
| C o l l e e n | | P | S o u m e k h i a n |

Primary Address: 7 1 5 5 T u l b a a Ave

Primary Address Continued

City: S t L o u i s     State: M O     Zip Code: 6 3 1 2 8

Foreign Province          Foreign Postal Code          Foreign Country Name/Abbreviation

### REQUEST TO BE EXCLUDED FROM CLASS ACTION AGAINST
### GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., ET AL.

I hereby request to be excluded from the Class in the above-captioned action. I understand that by excluding myself from the case, I may not be entitled to receive any damages or awards that could be secured against the Defendants in this litigation.

Signature: *Coo Clen Soomb*          Dated (mm/dd/yyyy): 4/4/2019

Print Name: *Colleen Soomekhian*

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○DOC ○LC ○REV | ○RED ○A ○B |
|---|---|---|---|---|---|---|

1