# MOSSER DECLARATION EXHIBIT H

Case: 3:15-cv-00475-jdp Document #: 237-8 Filed: 07/19/19 Page 1 of 3

# Past Due

### Stafford Loans
U.S. DEPARTMENT OF EDUCATION (797577)
Balance $42.53
**(Past Due)**
In repayment

**$42.23** due **Today** (since February 1)

**$42.44** due on **June 1**
Account and Loan Details

### Stafford Loans
U.S. DEPARTMENT OF EDUCATION (798581)
Balance $58.15
**(Past Due)**
In repayment

**$57.73** due **Today** (since February 1)

**$58.01** due on **June 1**
Account and Loan Details

# Paid in Full

### Graduate PLUS Loans
U.S. DEPARTMENT OF EDUCATION (797577)
Balance $0.00
Paid in full

[Account and Loan Details]

## Graduate PLUS Loans

U.S. DEPARTMENT OF EDUCATION (798581)
Balance $0.00
Paid in full

[Account and Loan Details]