# MOSSER DECLARATION EXHIBIT I


**GREAT LAKES**

June 11, 2019

Elizabeth M. Mosser

Great Lakes ID:

Dear Ms. Mosser,

I am writing in response to your correspondence received May 13, 2019 regarding the Federal Family Education Loan Program and Direct Loan Program Stafford Loan accounts we service for you on behalf of the U.S. Department of Education. I apologize for the frustration you have experienced.

We are pleased to confirm your accounts will be returned to a paid-in-full status. Additionally, we will adjust our credit reporting to remove the May 2019 delinquency provided to the following Consumer Reporting Agencies: Equifax, Experian, Innovis, and TransUnion. Please note, each individual agency will determine when the adjusted data will display on a borrower's credit files.

If you have any additional questions or concerns, please access our website, https://mygreatlakes.org, or contact our Borrower Services Department by calling (800) 236-4300 (Please note that some calls may be monitored or recorded for quality assurance purposes), or emailing borrowerservices@glhec.org.

Sincerely,

Janet Campbell
Senior Supervisor – Customer Experience Response Team
Great Lakes Educational Loan Services, Inc.

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC.
2401 INTERNATIONAL LANE | MADISON, WI 53704-3192
PHONE: 608.246.1800 | WEB: MYGREATLAKES.ORG